UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61449-CIV-SMITH

HOWARD CAPLAN

    Plaintiff,

v.

DAVIS TIRE CENTER, INC.,

    Defendant.

_____/

## ORDER SETTING HEARING

It is **ORDERED that** a scheduling and status conference is set for **December 19, 2022 at 10:00 a.m.** in Courtroom 202, United Stated Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of November 2022.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record