**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:22-cv-61449-RS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

DAVIS TIRE CENTER INC., a Florida
Profit Corporation

      Defendant(s).

_____/

## NOTICE OF VERBAL SETTLEMENT

      The undersigned counsel hereby files this Notice of Verbal Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will submit a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

By: *Ronnette Gleizer*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.0:22-cv-61449-RS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

DAVIS TIRE CENTER INC., a Florida
Profit Corporation

      Defendant(s).

_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 05, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronnette Gleizer*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

2