UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61449-CIV-SMITH

HOWARD CAPLAN,

        Plaintiff,

v.

  DAVIS TIRE CENTER, INC.

        Defendants.

_____/

## FINAL ORDER OF DISMISSAL

     This matter is before the Court sua sponte.  On February 6, 2023, the Parties filed a Joint Motion for Extension of Time until February 20, 2023, to file their Joint Stipulation of Dismissal.  On April 6, 2023, the Court granted the extension of time, giving the Parties until April 10, 2023, to file their Joint Stipulation of Dismissal. In its April 6, 2023 Order, the Court ruled that, "[f]ailure to comply with this Order shall result in the final dismissal of this case" To date, the Parties have not filed their Joint Stipulation of Dismissal.  Upon consideration, it is

     **ORDERED** that:

    1.    Plaintiff's claims are **DISMISSED.**

    2.    Each party shall bear its own attorney's fees and costs.

    3.    All pending motions are denied as moot.

    4.    This case is closed.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of April 2023.

                                      **RODNEY SMITH**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record